COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00931-CR |
| Style: | Melissa Dromgoole |
| | v. The State of Texas |
| Date motion filed[*]: | March 24, 2014 |
| Type of motion: | Motion regarding reporter's record |
| Party filing motion: | Reporter (Terri L. Johnstone) |
| Document to be filed: | |

Is appeal accelerated?     No

If motion to extend time:

　　　Original due date:

　　　Number of previous extensions granted:          Current Due date:

　　　Date Requested:

Ordered that motion is:

☑　Granted

　　　If document is to be filed, document due:

　　　☐　The Court will not grant additional motions to extend time, absent extraordinary circumstances

☐　Denied

☐　Dismissed (*e.g.*, want of jurisdiction, moot)

☐　Other: _____

　　**Court reporter Terri Johnstone filed a document on March 24, 2014, which the Court will construe as a motion. In her motion, Terri Johnstone states that she mistakenly included in her portion of the reporter's record a document titled "Management of Vasovagal Syncope" as defense exhibit 8. This document was never offered or admitted into evidence, and, therefore, Terri Johnstone states it should not be part of the record. We grant the motion and order Terri Johnstone to file a revised Volume 11 of the reporter's record, excluding the document titled "Management of Vasovagal Syncope," labeled as defense exhibit 8 and currently contained in Volume 11 of the reporter's record, which was filed on March 21, 2014. This order does not affect the briefing deadlines set in this case.**

Judge's signature:　/s/ Laura C. Higley
　　　　　　　　　　☒ Acting individually　　☐ Acting for the Court

Panel consists of　_____

Date:　April 7 2014

November 7, 2008 Revision